UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA | : |
| | : CR. NO. 4:22-CR-226 |
| v. | : |
| | : (Judge Brann) |
| MATTHEW COKE, | : |
| | : |
| Defendant. | : |

INDICTMENT

FILED
WILLIAMSPORT
JUN 09 2022
PER _____
DEPUTY CLERK

THE GRAND JURY CHARGES:

COUNT 1
18 U.S.C. §1791(a)(2)
(Possessing Contraband in Prison)

On or about April 14, 2022, at the Federal Correctional Institution, Allenwood, in Union County, within the Middle District of Pennsylvania, the defendant,

**MATTHEW COKE,**

being an inmate of the Federal Correctional Institution, Allenwood, did knowingly possess a prohibited object, that is, a weapon or an object designed to be used as a weapon, specifically, a sharpened piece of plastic.

In violation of Title 18, United States Code, Sections 1791(a)(2) and (b)(3).

A TRUE BILL

JOHN C. GURGANUS
United States Attorney

FOREPERSON

ALISAN V. MARTIN
Assistant United States Attorney

Date 6/9/2022